ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
BETH PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>BARBRA ALEXANDER, et al.,<br><br>        Defendants. | CASE NO. CR-10-00730-LHK<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [~~proposed~~] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between AMBER ROSEN, ESQ., AND JEFFREY SCHENK, ESQ., attorneys for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant BETH PINA, that the date set for judgment and sentence which is currently set for March 27, 2013 at 9:00 a.m., be continued to April 24, 2013 at 9:00 a.m. so that the matter may be fully prepared for the probation department.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [~~PROPOSED~~] ORDER THEREON

In this regard, defense counsel has contacted the probation officer, Insa Belochi, and advised him of this request.

IT IS SO STIPULATED.

DATED: February 11, 2013                CAREY & CAREY

_____/S/_____
ROBERT E. CAREY, JR. Attorneys for
Defendant BETH PINA

DATED: February 11, 2013                UNITED STATES OF AMERICA

_____/s/_____
JEFF SCHENK,
Assistant U.S. Attorney

DATED: February 11, 2013                UNITED STATES OF AMERICA

_____/s/_____
AMBER ROSEN,
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Ms. PINA currently set for March 27, 2013 at 9:00 a.m., be continued to April 24, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/12/13

*Lucy H. Koh*
JUDGE @ 7M]"?C<